IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MAURICE RYANT | : | No. 13-358-1 |
| | : | 12-321-1 |

# ORDER

**AND NOW**, this 8th day of May, 2018, upon consideration of Defendant Maurice Ryant's Motion to Correct Sentence Under 28 U.S. § 2255 (Crim. A. No. 13-358, Doc. No. 21), the Government's Response (Crim. A. No. 13-358, Doc. No. 32), Defendant's Reply Brief (Crim. A. No. 13-358, Doc. No. 35), and the Government's Notice of Supplemental Authority (Crim. A. No. 13-358, Doc. No. 36), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG,      J.**